## Commonwealth *v.* Rogers, Appellant.

Argued November 12, 1969. *Richard E. Flannery,* with him *Mansell and McKee,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Argued November 12, 1969. *W. Thomas Andrews* and *Donald E. Williams,* Public Defenders, for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.